**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00163-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GEORGE CLINTON HELMSTETTER,

       Defendant.
_____

**ORDER**
_____

Upon Government's Notice Concerning Assignment of Cases (Doc 166 - filed February 12, 2008), and with the consent of Chief Judge Edward W. Nottingham, the within case, 05-cr-00163-LTB, is reassigned to Chief Judge Edward W. Nottingham for all purposes.

                                         BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED: February 13, 2008